**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3364

_____

Barbara Foots,                        *
                                      *
        Appellant,                    *
                                      *
    v.                                *
                                      *
The Southwest Regional Wilderness                            *
    Appeal from the United States
Camp, An agency of the State of                              *
    District Court for the
Arkansas; Jerry K. Walsh, Executive                         *
    Western District of Arkansas.
Director of the Southwest Regional                           *
Wilderness Camp, an agency of the                            *
        **[UNPUBLISHED]**
State of Arkansas; John Kilgore,                             *
Sheriff of Lafayette County, Arkansas,                       *
                                      *
        Appellees.          *

_____

                    Submitted:  February 19,
1998
                        Filed:  March 4,
1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Barbara Foots appeals the district court's[1] judgment for defendants following a bench trial in her action alleging employment discrimination, civil rights violations, and

---

[1]The HONORABLE HARRY F. BARNES, United States District Judge for the Western District of Arkansas.

pendent state law claims.  After careful review of the record and the parties' briefs, we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.